No. 4. CASCADE NATURAL GAS CORP. *v.* EL PASO NATURAL GAS CO. ET AL.;

No. 5. CALIFORNIA *v.* EL PASO NATURAL GAS CO. ET AL.; and

No. 24. SOUTHERN CALIFORNIA EDISON CO. *v.* EL PASO NATURAL GAS CO. ET AL. Appeal from D. C. Utah. (Probable jurisdiction noted, 382 U. S. 970.) Motion of State of Oregon for leave to participate in oral argument granted and ten minutes allotted for that purpose. Counsel for appellees shall be allotted an additional ten minutes for oral argument. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. *Robert Y. Thornton,* Attorney General of Oregon, and *Richard W. Sabin,* Assistant Attorney General, on the motion.

No. 462. WASHINGTON PUBLIC POWER SUPPLY SYSTEM *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. (Certiorari granted, *ante,* p. 926.) Motions of Idaho Fish and Game Commission, Idaho Wildlife Federation, and Washington State Sportsmen's Council, Inc., et al. to be added as parties respondent granted. Case removed from summary calendar. *Alan G. Shepard,* Attorney General of Idaho, and *T. J. Jones III* for Idaho Fish and Game Commission. *C. Frank Reifsnyder* for Idaho Wildlife Federation. *Joseph T. Mijich* for Washington State Sportsmen's Council, Inc., et al.

No. 480. WARDEN, MARYLAND PENITENTIARY *v.* HAYDEN. C. A. 4th Cir. (Certiorari granted, *ante,* p. 926.) Motion of respondent for appointment of counsel granted. It is ordered that *Albert R. Turnbull, Esquire,* of Charlottesville, Virginia, be, and he is hereby, appointed to serve as counsel for the respondent in this case.